WOLFE M. SPIEGEL, Respondent, *v.* BENJAMIN LOWEN-STEIN, Appellant.

Reported below, 171 App. Div. 971.
(Submitted April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 8, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for goods alleged to have been sold and delivered.

The motion was made upon the grounds that no question of law was involved; that the verdict upon which

the judgment was entered was not directed by the court; that the Appellate Division had unanimously decided that there was evidence tending to support the verdict and that the exceptions were frivolous.

*Lewis E. Mosher* for motion.

*I. Maurice Wormser, Alfred Frankenthaler* and *Benjamin Eisler* opposed.

Motion denied, with ten dollars costs.